IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03241-CMA-BNB

ADAM DMYTRYSZYN,

Plaintiff,

v.

TOM CLEMENTS, Executive Director,
LT. BERNADETTE SCOTT,
CAPTAIN T. SCOTT,
LT. MAGGELSON,
MAJOR BILDERAVA,
CAPTAIN BOLT,
SERGEANT STEPHEN LADD, and
SUPERINTENDENT JAMES FALK,

Defendants.

---

## MINUTE ORDER
---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion for Additional Discovery** [docket no. 65, filed January 20, 2015] (the "Motion").

IT IS ORDERED that the Motion is GRANTED.  The parties may serve five additional requests for production of documents, interrogatories and admissions.  All written discovery must be served so that responses are due on or before the discovery cut-off.

IT IS FURTHER ORDERED that the discovery cut-off is extended to and including **March 20, 2015**.  The dispositive motion deadline is extended to and including **April 20, 2015**.  The Pretrial Conference set for **May 20, 2015**, is VACATED, and the deadline to prepare and submit the proposed pretrial order is also vacated.  This hearing will be set at a later date, if necessary.

DATED:  January 21, 2015