**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:12-cv-03241-CMA-NYW

ADAM DMYTRYSZYN,

Plaintiff,

v.

TOM CLEMENTS, Executive Director,
LT. BERNADETTE SCOTT,
CAPTAIN T. SCOTT,
LT. MAGGELSON,
MAJOR BILDERAVA,
CAPTAIN BOLT,
SERGEANT STEPHEN LADD, and
SUPERINTENDENT JAMES FALK,

Defendants

---

**MINUTE ORDER**

---

Entered by Magistrate Judge Nina Y. Wang

     This civil action is before the court on Plaintiff Adam Dmytryszyn's ("Plaintiff") Motion for Permission to File a Response to the Defendants' Reply to Plaintiff's Response to Defendants' Motion to Dismiss for Failure to Make a Payment Toward the Filing Fee, filed May 18, 2015 [#91] ("Motion").  Pursuant to the Order of Reference dated November 18, 2013 [#35], the Reassignment dated February 9, 2015 [#69], and the Memorandum dated May 19, 2015 [#92], the Motion is before this Magistrate Judgment.

     IT IS ORDERED that the Motion is GRANTED AS FOLLOWS.  Plaintiff shall have up to and including **June 2, 2015** to file a surreply in opposition to Defendants' pending motion to dismiss [#80], should the court not issue an order or recommendation on the underlying motion to dismiss on or before that date.

DATED May 21, 2015