**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-03241-CMA-NYW

ADAM DMYTRYSZYN,

Plaintiff,

v.

TOM CLEMENTS, Executive Director,
LT. BERNADETTE SCOTT,
CAPTAIN T. SCOTT,
LT. MAGGELSON,
MAJOR BILDERAVA,
CAPTAIN BOLT,
SERGEANT STEPHEN LADD, and
SUPERINTENDENT JAMES FALK,

Defendants

---

**MINUTE ORDER**

---

Entered By Magistrate Judge Nina Y. Wang

     This civil action comes before the court on Defendants Bilderaya, Bolt, Falk, Ladd, Maggelson, B. Scott, and T. Scott's ("Defendants") Motion for Leave to Exceed the Page Limitations by Five Pages, filed June 17, 2015 [#97] (the "Motion"). Pursuant to the Memorandum dated June 18, 2015 [#99], the Motion is before this Magistrate Judge.

     IT IS ORDERED that the Motion is GRANTED. Accordingly, Defendants are granted leave to file 5 excess pages in their Motion for Summary Judgment [#98].

DATED: June 18, 2015