**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-03241-CMA-NYW

ADAM DMYTRYSZYN,

    Plaintiff,

v.

TOM CLEMENTS, Executive Director,
LIEUTENANT BERNADETTE SCOTT,
CAPTAIN T. SCOTT,
LIEUTENANT MAGGELSON,
MAJOR BILDERAVA,
CAPTAIN BOLT,
SUPERINTENDENT JAMES FALK,
LIEUTENANT JERRI MACINTOSH, and
SERGEANT STEPHEN LADD,

    Defendants.

**FINAL JUDGMENT**

Pursuant to the Order of Dismissal (Doc. 110) by Judge Christine M. Arguello entered on December 2, 2015, it is

ORDERED that judgment is entered in favor of Defendants and against Plaintiff.

DATED: December 3, 2015

                                              FOR THE COURT:
                                              JEFFREY P. COLWELL, CLERK

                              By:  s/   V. Barnes
                                        V. Barnes
                                        Deputy Clerk