IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 12-cv-03241-CMA-NYW

ADAM DMYTRYSZYN,

    Plaintiff,

v.

TOM CLEMENTS, Executive Director,
LIEUTENANT BERNADETTE SCOTT,
CAPTAIN T. SCOTT,
LIEUTENANT MAGELSON,
MAJOR BILDERAVA,
CAPTAIN BOLT,
SUPERINTENDENT JAMES FALK,
LIEUTENANT JERRI MACINTOSH, and
SERGEANT STEPHEN LADD,

    Defendants.

## ORDER VACATING ORDER DISMISSING CASE AND JUDGMENT AND RE-OPENING CASE

On December 2, 2015, the Court dismissed the case due to Plaintiff's failure to pay the sum of $6.09 toward the filing fee in the instant case. (Doc. # 110.) A judgment was entered in favor of Defendants and against Plaintiff the next day. (Doc. # 111.) On December 10, 2015, the Court became aware that Plaintiff, in fact, did pay the required sum toward his filing fee on November 13, 2015, but was not credited with that payment, due to a clerical error. (Doc. # 112.)

    Accordingly, it is

ORDERED that the Order Dismissing the Case (Doc. # 110) and the Final Judgment (Doc. # 111) are VACATED, and the Clerk of the Court is directed to reopen this case.

DATED: December 11, 2015

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge