# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03241-CMA-NYW

ADAM DMYTRYSZYN,

    Plaintiff,

v.

TOM CLEMENTS, Executive Director,
LIEUTENANT BERNADETTE SCOTT,
CAPTAIN T. SCOTT,
LIEUTENANT MAGGELSON,
MAJOR BILDERAVA,
CAPTAIN BOLT,
SUPERINTENDENT JAMES FALK,
LIEUTENANT JERRI MACINTOSH, and
SERGEANT STEPHEN LADD,

    Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Adopting and Affirming January 8, 2016 Recommendation of United States Magistrate Judge of Judge Christine M. Arguello entered on January 28, 2016, it is

ORDERED that the Recommendation of the United States Magistrate Judge (Doc. # 114) is AFFIRMED and ADOPTED.  It is

FURTHER ORDERED that Defendants' Motion for Summary Judgment (Doc. # 98) is GRANTED.  It is

FURTHER ORDERED that this case is DISMISSED WITH PREJUDICE.

DATED: January 28, 2016

                FOR THE COURT:
                JEFFREY P. COLWELL, CLERK

        By: s/ V. Barnes
                V. Barnes
                Deputy Clerk